**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **LAWRENCE R. MERENDA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:10-CV-493 (MTT)** |
| | ) | |
| **JUSTIN J. TABOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This Court's May 7, 2012 Order contains a glaringly obvious error.  The trial in this case will not be limited to the issue of damages.  Nothing in the Court's substantive discussion suggested that the Court intended to enter summary judgment in favor of the Plaintiff on the issue of liability.  However, to the extent that the Court's mistake caused any confusion in the minds of the attorneys for the Parties, the Court now makes clear that all its Order did was grant in part and deny in part the Defendants' Motion for Summary Judgment.

This 5th day of February, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT